# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOE L. DAWSON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 15-1268 |
| THE UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

## PRAECIPE

ArentFox Schiff LLP ("AFS") withdraws, without prejudice, its Notice of Attorney's Lien (ECF 183) filed in this matter and notes that the lien notice was not intended to require the United States to pay fees and expenses directly to AFS, but rather was intended to provide formal notice to Lewis Rice LLC and its clients that are former AFS clients that they receive any funds in this case subject to the lien rights of AFS for payment of contractually agreed or *quantum meruit* attorney's fees and expenses in this matter.

Date: April 8, 2022

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

By: */s/ James H. Hulme*
    James H. Hulme
    ARENTFOX SCHIFF LLP
    1717 K Street, NW
    Suite 600
    Washington, DC  20006-5344
    (202) 857-6144
    (202) 857-3695 (facsimile)
    james.hulme@afslaw.com

***Attorneys for Plaintiffs***